UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE CEDOTAL AND MELODY CEDOTAL | CIVIL ACTION NO.: _____ |
| VERSUS | JUDGE _____ |
| DRIVE NEW JERSEY INSURANCE COMPANY, JPM BERISHA LLC AND JETSON BERISHA | MAGISTRATE _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

Drive New Jersey Insurance Company ("Drive"), JPM Berisha LLC ("JPM") and Jetson Berisha ("Berisha") respectfully represent:

1.

Plaintiffs, Theodore Cedotal and Melody Cedotal, residents, citizens and domiciles of East Baton Rouge Parish, Louisiana and citizens of the State of Louisiana.

2.

Defendant, Drive New Jersey Insurance Company, is a foreign insurance company incorporated in and having its principal place of business in the State of Ohio.

3.

Defendant, JPM Berisha LLC, is incorporated in New Jersey with its principal place of business in Somerset County, New Jersey. Its sole member, Jetson Berisha, is domiciled in Somerset County, New Jersey.

#100492179v1{L0607789.1}

4.

Defendant, Jetson Berisha, is a resident, citizen and domicile of Somerset County, New Jersey.

5.

On or about February 2, 2022, plaintiffs, Theodore Cedotal and Meody Cedotal, filed a petition for damages in Louisiana state court, in the action entitled *"Theodore Cedotal and Melody Cedotal v. Drive New Jersey Insurance Company, JPM Berisha LLC and Jeton Berisha"*, bearing Docket No. 172932-D, in the 21st Judicial District Court, Livingston Parish, Louisiana.

6.

The Cedotals' petition alleges that they have suffered damages as the result of an automobile accident that occurred on March 9, 2021 in St. Martin Parish, Louisiana, involving a vehicle driven by Jetson Berisha and insured by Drive New Jersey Insurance Company.

7.

This court has original jurisdiction over this action pursuant to 28 USC § 1332(a), because the amount in controversy, exclusive of interest and cost, exceeds the sum of $75,000 and is between citizens of different states with complete diversity existing. Specifically, Theodore Cedotal alleges he has sustained damages in excess of $75,000 consisting of a spinal cord injury that has and/or will require surgery. Specifically, Theodore Cedotal underwent a neck surgery and has incurred $82,521 in lost wages and medical expenses. [1]

8.

This court has removal jurisdiction over this matter pursuant to 28 USC § 1441(a) and (b).

---

[1] Letter from Sedgwick dated June 9, 2022
#100492179v1{L0607789.1}

9.

The time within which Drive New Jersey Insurance Company may remove this case has not elapsed and this case has been properly and timely removed pursuant to 28 USC § 1446(b).

10.

Pursuant to 28 USC § 1446(d), upon filing of this notice of removal, written notice of the filing of the removal is being given to counsel for Plaintiffs and the Clerk of Court, 21st Judicial District Court, Livingston Parish, Louisiana.

11.

Pursuant to 28 USC § 1446(a), copies of all process, pleadings and orders served on Drive New Jersey Insurance Company, JPM Berisha LLC and Jetson Berisha in the state court action are attached.

WHEREFORE, Drive New Jersey Insurance Company, JPM Berisha LLC and Jetson Berisha respectfully pray that this Notice of Removal be accepted as good and sufficient and that this court enter such order or orders as may be proper in the premises.

Respectfully submitted,

/s/ Ian A. Macdonald
IAN A. MACDONALD (#17664)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Telephone (337) 593-7600
Facsimile (337) 593-7601
Email: imacdonald@joneswalker.com

Attorneys for Drive New Jersey Insurance Company, JPM Berisha LLC and Jetson Berisha

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel. I further certify that I mailed the foregoing document and electronic filing by first-class mail to the following:

                S. Bradley Rhorer
                Rhorer Law Firm
                10566 Airline Highway
                Baton Rouge, LA 70816


                /s/ Ian A. Macdonald