FILED
CLERK OF COURT
PARISH OF LIVINGSTON

2022 FEB -2 PM 2: 21

DEPUTY CLERK

**CIVIL**

THEODORE CEDOTAL and
MELODY CEDOTAL

DOCKET NO. 172932, SEC.: D

21st JUDICIAL DISTRICT COURT

**VERSUS**

DRIVE NEW JERSEY INSURANCE
COMPANY; JPM BERISHA LLC;
and JETON BERISHA

PARISH OF LIVINGSTON

STATE OF LOUISIANA

## PETITION FOR DAMAGES

The plaintiffs, Theodore Cedotal and Melody Cedotal ("Plaintiffs"), natural persons

over the age of majority domiciled in Livingston Parish, Louisiana, file their petition for

damages, as follows:

**1.**

The following parties are made defendants:

A. Drive New Jersey Insurance Company ("Drive New Jersey"), a foreign

insurance company not admitted to do business in Louisiana;

B. JPM Berisha, LLC ("JPM"), foreign limited liability company not licensed to

do business in Louisiana; and

C. Jeton Berisha ("Berisha"), a natural person over the age of majority domiciled

in Bernardsville, NJ.

**2.**

Venue is proper in Livingston Parish pursuant to La. Code Civ. Proc. art. 42(5) and

La. R.S. 22:1269. JPM is a foreign limited liability company not licensed to do business

in Louisiana; Berisha is a nonresident who has not appointed an agent for service of

process; and Plaintiffs are domiciled in Livingston Parish.

**3.**

On March 9, 2021 at approximately 9:44 a.m., a motor vehicle crash (the "Crash")

occurred in the westbound lanes of Interstate 10 in St. Martin Parish, Louisiana.

**4.**

The vehicles involved in the Crash were a 2015 Volvo VNL tractor-trailer combination owned by JPM and operated by Berisha, and a 2008 Chevrolet Silverado owned by Vacuum Trucks Rentals LLC and operated by Theodore Cedotal.

**5.**

The Crash occurred when Berisha failed to brake for traffic slowing and/or stopping ahead and struck the rear of Cedotal's vehicle.

**6.**

The proximate cause of the crash was the negligence of Berisha, particularized in the following non-exclusive respects:

 a. careless operation;

 b. failure to keep a proper lookout;

 c. following too close;

 d. failure to properly control his vehicle; and

 e. failure to avoid an avoidable crash.

**7.**

As a result of the negligence of Berisha, Cedotal has suffered damages, including but not limited to:

 a. physical injuries;

 b. medical expenses;

 c. physical pain and suffering;

 d. mental pain and anguish;

 e. loss of enjoyment of life;

 f. inconvenience;

 g. lost wages; and

 h. disability.

**8.**

Melody Cedotal is now, and was at the time of the Crash, Cedotal's wife. As a result of her husband's injuries and damages, Melody Cedotal has suffered damages in the nature of loss of consortium.

**9.**

At the time of the crash, Berisha was acting in the course and scope of his employment with JPM.

**10.**

At the time of the crash, there was in full force and effect a policy of commercial automobile liability insurance issued by Drive New Jersey to JPM and/or Berisha and insuring the 2015 Volvo VNL tractor, which insurance provides coverage for Plaintiffs' damages. Plaintiffs bring this lawsuit against Drive New Jersey pursuant to La. R.S. 22:1269.

**11.**

Plaintiffs stipulate and judicially admit that the amount in controversy does exceed $75,000, exclusive of interest and costs.

**12.**

S. Bradley Rhorer and Zachary S. Walker, attorneys for Theodore Cedotal and Melody Cedotal, hereby request written notice of the day of trial of the above matter, as well as notice of hearings, whether on the merits or otherwise, orders, judgments and interlocutory decrees and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in the Louisiana Code of Civil Procedure.

**WHEREFORE,** Plaintiffs Theodore Cedotal and Melody Cedotal pray that Defendants Drive New Jersey Insurance Company, JPM Berisha, LLC., and Jeton Berisha be served with a copy of this petition and cited to appear and answer same, and that after trial judgment be awarded them against Defendants, jointly and *in solido*, for all their

damages and for legal interest, costs, and all such other relief as law, equity, and the nature of this case may allow.

Respectfully Submitted:

**RHORER WALKER LAW FIRM**

S. Bradley Rhorer (#25487)
bradr@rhorerlaw.com
Zachary S. Walker (#35366)
zackw@rhorerlaw.com
10566 Airline Highway
Baton Rouge, LA  70816
Telephone:  (225) 292-2767
Fax:  (225) 292-2769

**SERVICE INFORMATION ON FOLLOWING PAGE**

4

**PLEASE SERVE:**

**1      Drive New Jersey Insurance Company**
VIA THE LOUISIANA NONRESIDENT MOTORIST STATUTE (La. R.S. § 13:3474, et. seq.) THROUGH HIS AGENT FOR SERVICE OF PROCESS DESIGNATED THEREIN:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

TO BE FORWARDED BY THE LOUISIANA SECRETARY OF STATE TO THE ADDRESS PROVIDED IN THE CRASH REPORT:
300 N Commons Blvd.
Mayfield, OH 44143


**2.      JPM Berisha, LLC**
VIA THE LOUISIANA NONRESIDENT MOTORIST STATUTE (La. R.S. § 13:3474, et. seq.) THROUGH HIS AGENT FOR SERVICE OF PROCESS DESIGNATED THEREIN:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

TO BE FORWARDED BY THE LOUISIANA SECRETARY OF STATE TO THE ADDRESS PROVIDED IN THE CRASH REPORT:
ATTN: Jeton Berisha
66 Bernards Ave
Bernardsville, NJ 07924

**3.      Jeton Berisha**
VIA THE LOUISIANA NONRESIDENT MOTORIST STATUTE (La. R.S. § 13:3474, et. seq.) THROUGH HIS AGENT FOR SERVICE OF PROCESS DESIGNATED THEREIN:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

TO BE FORWARDED BY THE LOUISIANA SECRETARY OF STATE TO THE ADDRESS PROVIDED IN THE CRASH REPORT:
66 Bernards Ave
Bernardsville, NJ 07924



## EAST BATON ROUGE
# SHERIFF'S OFFICE
*Sheriff Sid J. Gautreaux III*

WHO WE ARE    SHERIFF    PARTICIPATE    PUBLIC TOOLS    GET IN TOUCH    Search...

## ServiceDetails



**Back**

### Service Details

| | |
|---|---|
| Service Code: | CIT |
| Serial Number: | 3 |
| Date Released for Service: | 2/9/2022 |
| Amount: | $30.00 |
| Balance Due: | $0.00 |
| Billing Party: | Livingston Parish , Clerk of Court |
| Filing Party: | Livingston Parish , Clerk of Court |

### Paper Information

**This paper has been returned**

| | |
|---|---|
| Name: | DRIVE NEW JERSEY INS CO |
| Address: | 1 SOS BATON ROUGE LA 70809 |
| Assigned Deputy: | Lockwood , Michael |
| Due Date: | 1/1/1900 |

### Returns

| | |
|---|---|
| Service Date: | 2/10/2022 |
| Service Status: | PERS |
| Deputy: | Lockwood , Michael |
| Comments: | THRU JULIE NESBITT |

Address: 1 SOS BATON ROUGE , LA

| | |
|---|---|
| Service Date: | 2/10/2022 |
| Service Status: | TRAN |
| Deputy: | Cummins , Hugh |
| Comments: | Trnsf: From Cummins, Hugh To Lockwood, Michael Exp: Returned by Different Deputy |

Address: 1 SOS BATON ROUGE , LA

**Powered by General Informatics EBRSO**

## Suit Details

| | |
|---|---|
| **Entity Name:** | DRIVE NEW JERSEY INSURANCE COMPANY |
| **Contact:** | |
| **Address:** | 485 ROUTE 1, BLDG. A |
| | SUITE 400 |
| **City, State, Zip:** | ISELIN , NJ  08830 |

## Status Details

| | |
|---|---|
| **Suit Number:** | 172932 |
| **Suit Status:** | Complete |
| **Date Received:** | 2/10/2022 |
| **Date Mailed:** | 2/11/2022 |
| **Certified Mail Receipt:** | 70211970000047820189 |

## Court Details

| | |
|---|---|
| **Court Name:** | 21ST JUDICIAL DISTRICT COURT |
| **Court Location:** | LIVINGSTON PARISH |
| **Plaintiff:** | THEODORE CEDOTAL, ET AL |
| **Defendant:** | DRIVE NEW JERSEY INSURANCE COMPANY, ET AL |

[ Print ] [ Back to Search Results ] [ New Search ]

2/17/22, 9:40 AM                         EBR Sheriff's Office > Foreclosures >  .rviceDetails



## EAST BATON ROUGE
## SHERIFF'S OFFICE
*Sheriff Sid J. Gautreaux III*

WHO WE ARE        SHERIFF        PARTICIPATE        PUBLIC TOOLS        GET IN TOUCH        Search...

## ServiceDetails



**Back**

| Service Details | | Paper Information | |
|---|---|---|---|
| Service Code: | CIT | | |
| Serial Number: | 2 | **This paper has been returned** | |
| Date Released for Service: | 2/9/2022 | Name: | JPM BERISHA LLC VIA THE LA NON RESIDENT MOTORIST STATUTE |
| Amount: | $30.00 | Address: | 1 SOS BATON ROUGE LA 70809 |
| Balance Due: | $0.00 | Assigned Deputy: | Lockwood , Michael |
| Billing Party: | Livingston Parish , Clerk of Court | Due Date: | 1/1/1900 |
| Filing Party: | Livingston Parish , Clerk of Court | | |

### Returns

| Service Date: | 2/10/2022 | |
|---|---|---|
| Service Status: | PERS | |
| Deputy: | Lockwood , Michael | Address: 1 SOS BATON ROUGE , LA |
| Comments: | THRU JULIE NESBITT | |

| Service Date: | 2/10/2022 | |
|---|---|---|
| Service Status: | TRAN | |
| Deputy: | Cummins , Hugh | Address: 1 SOS BATON ROUGE , LA |
| Comments: | Trnsf: From Cummins, Hugh To Lockwood, Michael Exp: Returned by Different Deputy | |

Powered by General Informatics EBRSO

2/22/22, 3:02 PM                                          Suit - Search

**Suit Details**
**Entity Name:**          JPM BERISHA, LLC
**Contact:**
**Address:**              66 BERNARDS AVE
**City, State, Zip:**     BERNARDSVILLE , NJ  07924
**Status Details**
**Suit Number:**          172932
**Suit Status:**          Complete
**Date Received:**        2/10/2022
**Date Mailed:**          2/11/2022
**Certified Mail Receipt:** 70211970000047820356
**Court Details**
**Court Name:**           21ST JUDICIAL DISTRICT COURT
**Court Location:**       LIVINGSTON PARISH
**Plaintiff:**            THEODORE CEDOTAL, ET AL
**Defendant:**            DRIVE NEW JERSEY INSURANCE COMPANY, ET AL

[ Print ] [ Back to Search Results ] [ New Search ]

2/17/22, 10:51 AM                                    EBR Sheriff's Office > Foreclosures    ırviceDetails



# EAST BATON ROUGE
# SHERIFF'S OFFICE
*Sheriff Sid J. Gautreaux III*

WHO WE ARE     SHERIFF     PARTICIPATE     PUBLIC TOOLS     GET IN TOUCH     Search...

## ServiceDetails



Back

| Service Details | | Paper Information | |
|---|---|---|---|
| Service Code: | CIT | **This paper has been returned** | |
| Serial Number: | 1 | Name: | BERISHA JETON VIA THE LA NONRESIDENT MOTORIST STATUTE |
| Date Released for Service: | 2/9/2022 | Address: | 1 SOS BATON ROUGE LA 70809 |
| Amount: | $30.00 | Assigned Deputy: | Lockwood , Michael |
| Balance Due: | $0.00 | Due Date: | 1/1/1900 |
| Billing Party: | Livingston Parish , Clerk of Court | | |
| Filing Party: | Livingston Parish , Clerk of Court | | |

Returns

| Service Date: | 2/10/2022 | |
|---|---|---|
| Service Status: | PERS | |
| Deputy: | Lockwood , Michael | Address: 1 SOS BATON ROUGE , LA |
| Comments: | THRU JULIE NESBITT | |

| Service Date: | 2/10/2022 | |
|---|---|---|
| Service Status: | TRAN | |
| Deputy: | Cummins , Hugh | Address: 1 SOS BATON ROUGE , LA |
| Comments: | Trnsf: From Cummins, Hugh To Lockwood, Michael Exp: Returned by Different Deputy | |

Powered by General Informatics EBRSO

Suit - Search

## Suit Details

**Entity Name:**          JETON BERISHA
**Contact:**
**Address:**              66 BERNARDS AVE
**City, State, Zip:**     BERNARDSVILLE , NJ  07924

## Status Details

**Suit Number:**          172932
**Suit Status:**          Complete
**Date Received:**        2/10/2022
**Date Mailed:**          2/11/2022
**Certified Mail Receipt:** 70211970000047820349

## Court Details

**Court Name:**           21ST JUDICIAL DISTRICT COURT
**Court Location:**       LIVINGSTON PARISH
**Plaintiff:**            THEODORE CEDOTAL, ET AL
**Defendant:**            DRIVE NEW JERSEY INSURANCE COMPANY, ET AL

| Print | Back to Search Results | New Search |



Ian A. Macdonald
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

February 28, 2022

Hon. Jason Harris
Livingston Parish Clerk of Court
P. O. Box 1150
Livingston, LA 70754-1150

      Re:   Theodore Cedotal, et al v.
              Drive New Jersey Insurance Company, et al
              Docket No.:  172932-D

Sir/Madam:

      Enclosed are an original and one copy of Drive New Jersey Insurance Company's Answer, Request for Notice of Trial Date and Jury Order in this matter.  Please present the original Jury Order to the appropriate judge for signature, file the originals in the record and return the copies to me stamped "filed" for my records.  Also enclosed is our firm's check in the amount of $250 to cover the cost of filing these documents.

              Sincerely,

              IAN A. MACDONALD

IAM\jbc
Enclosures
cc:   S. Bradley Rhorer

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 MAR -3 PM 3:45
DEPUTY CLERK

THEODORE CEDOTAL AND                21ST JUDICIAL DISTRICT COURT
MELODY CEDOTAL

VERSUS                               DOCKET NO.: 172932-D

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA                        LIVINGSTON PARISH, LOUISIANA

*********************************************************************************

### ANSWER

Drive New Jersey Insurance Company ("Drive New Jersey") respond to the Petition for Damages as follows:

1.

Without knowledge or information sufficient to form a belief as to the truth of the introductory paragraph.

2.

Paragraph 1 is denied for lack of sufficient information to justify a belief therein, except to admit Drive New Jersey's status as an insurance company.

3.

Neither admit nor deny Paragraph 2 because it is a statement of law and not an averment of fact. To the extent a response is required, the averments of fact are denied for lack of sufficient information to justify a belief therein.

4.

Paragraphs 3, 4 and 5 are denied for lack of sufficient information to justify a belief therein.

5.

Paragraph 6 (a)-(e) is denied.

6.

Paragraphs 7 (a)-(h) and 8 are denied for lack of sufficient information to justify a belief therein.

7.

Neither admit nor deny Paragraph 9 because it is a statement of law and not an averment of fact. To the extent a response is required, the averments of fact are denied for lack of sufficient information to justify a belief therein.

{L0635608.1}

8.

Paragraph 10 is denied, except to admit that if Drive New Jersey issued a policy of insurance it, being a written document and a binding contract, is the best evidence of its terms and conditions which are plead herein as if copied in their entirety

9.

Paragraph 11 is denied for lack of sufficient information to justify a belief therein.

10.

Paragraph 12 requires no response. To the extent a response is required, the averments of fact are denied.

11.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs fail to state a claim upon which relief can be granted.

12.

**SECOND AFFIRMATIVE DEFENSE**

Jetson Berisha was confronted with a sudden emergency.

13.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs have failed to mitigate their damages.

14.

Drive New Jersey requests a trial by jury.

WHEREFORE, Drive New Jersey Insurance Company prays that the plaintiffs' Petition for Damages be dismissed with prejudice at plaintiffs' cost, and for all such general and equitable relief.

Respectfully submitted,

JONES WALKER LLP

BY:

IAN A. MACDONALD
Bar Roll No. 17664
600 Jefferson St., Suite 1600
Lafayette, LA 70501
(337) 593-7600

{L0635608.1}

FILED
CLERK OF COURT
PARISH OF LIVINGSTON

2022 MAR -3 PM 3: 45

DEPUTY CLERK

### CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all

counsel of record by depositing same in the United States Mail, postage prepaid and properly

addressed.

Lafayette, Louisiana, this _____2ⁿᵈ_____ day of March, 2022.

IAN A. MACDONALD

{L0635608.1}

THEODORE CEDOTAL AND
MELODY CEDOTAL

21ST JUDICIAL DISTRICT COURT

VERSUS

DOCKET NO.: 172932-D

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA

LIVINGSTON PARISH, LOUISIANA

**************************************************************************

## REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT of the 21st Judicial District Court, Livingston Parish,

Louisiana:

Please take notice that Ian A. Macdonald, attorney for Defendant, Drive New Jersey

Insurance Company, hereby request written notice of the date of trial of the above matter as well

as notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory

decrees, and any and all formal steps taken by the parties herein, the Judge or any member of

Court, as provided in Louisiana Code of Civil Procedure Articles 1572, 1913 and 1914.

Respectfully submitted,

JONES WALKER LLP

BY: _____

IAN A. MACDONALD
Bar Roll No. 17664
600 Jefferson St., Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7600
Facsimile: (337) 593-7601

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 MAR -3 PM 3: 45
DEPUTY CLERK

{L0535609.1}

THEODORE CEDOTAL AND
MELODY CEDOTAL

VERSUS

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA

21ST JUDICIAL DISTRICT COURT

DOCKET NO.: 172932-D

LIVINGSTON PARISH, LOUISIANA

*****************************************************************************

## ORDER

The foregoing considered;

IT IS ORDERED that the above entitled and numbered suit be tried by a civil jury upon

Drive New Jersey Insurance Company giving bond, with good and solvent surety, conditioned as

the law directs, in the amount of $ 8,000.00 , to cover the additional costs of

the jury trial.

THUS DONE AND SIGNED at Livingston Louisiana this 9th day of

March , 2022.

_____
DISTRICT JUDGE

Respectfully Submitted by:

JONES WALKER LLP                    JUDGE BRIAN K. ABELS

BY: _____
IAN A. MACDONALD
Bar Roll #17664
600 Jefferson St., Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7600
Facsimile: (337) 593-7601

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 MAR -9 PM 3: 45
DEPUTY CLERK

{L0635610.1}



Ian A. Macdonald
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

March 4, 2022

Hon. Jason Harris
Livingston Parish Clerk of Court
P. O. Box 1150
Livingston, LA 70754-1150

Re:     Theodore Cedotal, et al v.
        Drive New Jersey Insurance Company, et al
        Docket No.:  172932-D
        JW Matter No.:  185294-00

Sir/Madam:

Enclosed are an original and one copy of JPM Berisha LLC and Jetson Berisha's Answer, Request for Notice of Trial Date and Jury Order in this matter.  Please present the original Jury Order to the appropriate judge for signature, file the originals in the record and return the copies to me stamped "filed" for my records.  Also enclosed is our firm's check in the amount of $250 to cover the cost of filing these documents.

Sincerely,

IAN A. MACDONALD

IAM\jbc
Enclosures
cc:     S. Bradley Rhorer

THEODORE CEDOTAL AND
MELODY CEDOTAL

21ST JUDICIAL DISTRICT COURT

VERSUS

DOCKET NO.: 172932-D

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA

LIVINGSTON PARISH, LOUISIANA

**************************************************************************

### ANSWER

JPM Berisha LLC and Jetson Berisha respond to the Petition for Damages as follows:

1.

Without knowledge or information sufficient to form a belief as to the truth of the introductory paragraph.

2.

Paragraph 1 is denied for lack of sufficient information to justify a belief therein, except to admit Drive New Jersey's status as an insurance company.

3.

Neither admit nor deny Paragraph 2 because it is a statement of law and not an averment of fact. To the extent a response is required, the averments of fact are denied for lack of sufficient information to justify a belief therein.

4.

Paragraphs 3, 4 and 5 are denied for lack of sufficient information to justify a belief therein.

5.

Paragraph 6 (a)-(e) is denied.

6.

Paragraphs 7 (a)-(h) and 8 are denied for lack of sufficient information to justify a belief therein.

7.

Neither admit nor deny Paragraph 9 because it is a statement of law and not an averment of fact. To the extent a response is required, the averments of fact are denied for lack of sufficient information to justify a belief therein.



{L0636122.1}

8.

Paragraph 10 is denied, except to admit that if Drive New Jersey issued a policy of insurance it, being a written document and a binding contract, is the best evidence of its terms and conditions which are plead herein as if copied in their entirety

9.

Paragraph 11 is denied for lack of sufficient information to justify a belief therein.

10.

Paragraph 12 requires no response.  To the extent a response is required, the averments of fact are denied.

11.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs fail to state a claim upon which relief can be granted.

12.

**SECOND AFFIRMATIVE DEFENSE**

Jetson Berisha was confronted with a sudden emergency.

13.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs have failed to mitigate their damages.

14.

JPM Berisha LLC and Jetson Berisha request a trial by jury.

WHEREFORE, JPM Berisha LLC and Jetson Berisha pray that the plaintiffs' Petition for Damages be dismissed with prejudice at plaintiffs' cost, and for all such general and equitable relief.

Respectfully submitted,

JONES WALKER LLP

BY: _____
IAN A. MACDONALD
Bar Roll No. 17664
600 Jefferson St., Suite 1600
Lafayette, LA 70501
(337) 593-7600

{L0636122.1}

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this _____ day of March, 2022.

_____

IAN A. MACDONALD

THEODORE CEDOTAL AND
MELODY CEDOTAL

21ST JUDICIAL DISTRICT COURT

VERSUS

DOCKET NO.: 172932-D

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA

LIVINGSTON PARISH, LOUISIANA

**************************************************************************

### REQUEST FOR NOTICE OF TRIAL DATE

TO THE CLERK OF COURT of the 21ˢᵗ Judicial District Court, Livingston Parish,

Louisiana:

Please take notice that Ian A. Macdonald, attorney for Defendants, JPM Berisha LLC and

Jetson Berisha, hereby request written notice of the date of trial of the above matter as well as

notice of hearings (whether on merits or otherwise), orders, judgments and interlocutory decrees,

and any and all formal steps taken by the parties herein, the Judge or any member of Court, as

provided in Louisiana Code of Civil Procedure Articles 1572, 1913 and 1914.

Respectfully submitted,

JONES WALKER LLP

BY: _____

IAN A. MACDONALD
Bar Roll No. 17664
600 Jefferson St., Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7600
Facsimile: (337) 593-7601



{L0636123.1}

THEODORE CEDOTAL AND
MELODY CEDOTAL

VERSUS

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA

21ST JUDICIAL DISTRICT COURT

DOCKET NO.: 172932-D

LIVINGSTON PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The foregoing considered;

IT IS ORDERED that the above entitled and numbered suit be tried by a civil jury upon

JPM Berisha LLC and Jetson Berisha giving bond, with good and solvent surety, conditioned as

the law directs, in the amount of $ 8,000 00 , to cover the additional costs of

the jury trial.

THUS DONE AND SIGNED at Livingston Louisiana this 9th day of

March , 2022.

_____
DISTRICT JUDGE

Respectfully Submitted by:

JONES WALKER LLP                    JUDGE BRIAN K. ABELS

BY: _____
       IAN A. MACDONALD
       Bar Roll #17664
       600 Jefferson St., Suite 1600
       Lafayette, LA 70501
       Telephone: (337) 593-7600
       Facsimile: (337) 593-7601

{L0636124.1}


**JONES WALKER**

Ian A. Macdonald
D: 337-593-7617
F: 337-593-7748
imacdonald@joneswalker.com

May 9, 2022

Hon. Jason Harris
Livingston Parish Clerk of Court
P. O. Box 1150
Livingston, LA 70754-1150

      Re:    Theodore Cedotal, et al v.
              Drive New Jersey Insurance Company, et al
              Docket No.:  172932-D
              JW Matter No.:  185294-00

Sir/Madam:

      Enclosed are an original and one copy of Notice of Records Deposition, Subpoena Duces Tecum and Affidavit in this matter. Please file the original in the record, make the appropriate service as indicated therein and return the copy to me stamped "filed" for my records. Also enclosed is our firm's check in the amount of $2400 to cover the cost of filing and serving this document.

              Sincerely,

              IAN A. MACDONALD

IAM\hma
Enclosures
cc:    S. Bradley Rhorer (Certified Mail RRR – 7021 0350 0000 4678 9703)
       Jade C. McKeough

#100402900v1{L0636125.1}



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  S. Bradley Rhorer
Street and Apt. No., or PO Box No.  10566 Airline Highway
City, State, ZIP+4  Baton Rouge, LA 70816

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7021 0350 0000 4678 9703

THEODORE CEDOTAL AND
MELODY CEDOTAL

VERSUS

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA

21ST JUDICIAL DISTRICT COURT

DOCKET NO.: 172932-D

LIVINGSTON PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF <u>RECORDS</u> DEPOSITION

TO:    S. Bradley Rhorer
Rhorer Law Firm
10566 Airline Highway
Baton Rouge, LA 70816

PLEASE TAKE NOTICE that Drive New Jersey Insurance Company, JPM Berisha LLC and Jetson Berisha, will take the testimony, <u>**for record purposes only,**</u> of the following person at the office of Ian A. Macdonald of the law office of Jones Walker, 600 Jefferson Street, Suite 1600, Lafayette, Louisiana, (telephone: 337-593-7600), beginning on the date and time indicated below, and continuing thereafter from day to day until the taking of said deposition may be adjourned, at which time and place you are notified to appear and take such part in the examination as you may deem fit and proper.

| DEPONENTS: | DATE and TIME: |
|---|---|
| **Our Lady of the Lake Regional Medical Center - Ascension**<br>Medical Records Custodian | **June 13, 2022 at 8:00 am** |
| **The Spine Center**<br>Dr. Kevin P. McCarthy<br>Medical Records Custodian | **June 13, 2022 at 8:15 am** |
| **Imaging Center of Louisiana**<br>Medical Records Custodian | **June 13, 2022 at 8:30 am** |
| **Baton Rouge Orthopaedic Clinic**<br>Medical Records Custodian | **June 13, 2022 at 8:45 am** |
| **CVS Pharmacy**<br>Medical Records Custodian | **June 13, 2022 at 9:00 am** |
| **Our Lady of the Lake Regional Medical Center - Livingston**<br>Medical Records Custodian | **June 13, 2022 at 9:15 am** |
| **Our Lady of the Lake Regional Medical Center**<br>Medical Records Custodian | **June 13, 2022 at 9:30 am** |
| **Acadian Ambulance**<br>Medical Records Custodian | **June 13, 2022 at 9:45 am** |
| **Denham Springs Chiropractic**<br>Medical Records Custodian | **June 13, 2022 at 10:00 am** |

| | |
|---|---|
| **Our Lady of the Lake Physician Group Livingston**<br>**Medical Records Custodian** | **June 13, 2022 at 10:15 am** |
| **Louisiana Cardiology Associates-Lake Livingston**<br>**Medical Records Custodian** | **June 13, 2022 at 10:30 am** |
| **Shenandoah Medical Associates**<br>**Medical Records Custodian** | **June 13, 2022 at 10:45 am** |
| **Walgreens Pharmacy**<br>**Medical Records Custodian** | **June 13, 2022 at 11:00 am** |
| **Rite Aid Pharmacy**<br>**Medical Records Custodian** | **June 13, 2022 at 11:15 am** |
| **Vacuum Truck Rentals, LLC**<br>**HR Custodian** | **June 13, 2022 at 11:30 am** |
| **All Truck Parts and Equipment**<br>**HR Custodian** | **June 13, 2022 at 11:45 am** |

*NOTE: This is for records only. If the records are received prior to the deposition date, no formal deposition will be taken.*

Respectfully submitted,

JONES WALKER LLP



BY: _____

      IAN A. MACDONALD (#17664)
      600 Jefferson Street, Ste. 1600
      Lafayette, Louisiana 70501
      337.593.7600
      337.793.7601

## CERTIFICATE

    I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

    Lafayette, Louisiana, this 9th day of May, 2022.



_____
IAN A. MACDONALD

{L0615341.1}

THEODORE CEDOTAL AND               21ST JUDICIAL DISTRICT COURT
MELODY CEDOTAL

VERSUS                             DOCKET NO.: 172932-D

DRIVE NEW JERSEY INSURANCE
COMPANY, JPM BERISHA LLC AND
JETON BERISHA                      LIVINGSTON PARISH, LOUISIANA

*******************************************************************************

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

BEFORE ME, the undersigned Notary Public, personally came and appeared IAN A. MACDONALD, who after being duly sworn, did depose and state:

He is counsel of record for defendant in the referenced litigation and that the attached subpoena is for records of a party to the captioned litigation. Pursuant to R.S. 13:3715.1 (B), a copy of the subpoena has been sent by certified mail, return receipt requested, to the plaintiff's attorney of record at least seven (7) days prior to the date on which the records are to be disclosed. The foregoing is based upon personal information and knowledge.

IAN A. MACDONALD

SWORN TO AND SUBSCRIBED before me, this 9th day of May, 2022.

NOTARY PUBLIC in and for
the Parish of Lafayette, State of Louisiana
Printed Name and ID #: _38334_
My Commission Expires: At Death

#100401465v1 (L0615341.1)