UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE CEDOTAL, ET AL. | |
| VERSUS | CIVIL ACTION |
| DRIVE NEW JERSEY INSURANCE COMPANY, ET AL. | 22-429-SDD-EWD |

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes. dated November 8, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*,[3] filed by Plaintiffs Theodore and Melody Cedotal, is GRANTED and this matter is REMANDED to the 21st Judicial District Court, Livingston Parish, State of Louisiana, as the Notice of Removal was untimely under 28 U.S.C. § 1446.

Signed in Baton Rouge, Louisiana, on this 9th day of January, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 6.
[3] Rec. Doc. 3.

21st JDC